# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147437(63)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

FREDERICK LAWRENCE CUNNINGHAM,
        Defendant-Appellant.
_____/

SC: 147437
COA: 309277
Allegan CC: 11-017200-FH

On order of the Chief Justice, the motion of defendant-appellant to extend the time to file his brief on appeal is GRANTED. The brief will be accepted as timely filed if filed on or before January 31, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2014



Clerk